CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
HAMRICK & EVANS LLP
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
+1.818.763.2308 (fax)
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LHF Productions, INC., a Nevada Corporation,<br><br>Plaintiff,<br>vs.<br><br>JAKE ANDERSON, an individual; VICTOR BERAJA, an individual; PHILINA BUENAFE, an individual; KENESHA GOVAN, an individual; JOBE JENNINGS, an individual; HAROLD PASION, an individual; DAN ROBERTS, an individual; NICOLE RODRIGUEZ, an individual; JOHN SMIRK, an individual; MARLENE VARSAGA VALDEZ, an individual; BRETT WATSON, an individual; JAMES WOLF, an individual; LILI YUNG, an individual; and JOHN AND JANE DOES, 1-14.<br><br>Defendants | Case No.:2:16-cv-01804-JAD-NJK<br><br>**JOINT STIPULATION TO DISMISS DEFENDANT BRETT WATSON AND ORDER**<br><br>ECF No. 19 |

**TO THE HONORABLE COURT AND ALL PARTIES HEREIN:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff LHF PRODUCTIONS, INC., a Nevada corporation ("PLAINTIFF"), by and through its counsel, Charles Rainey, Esq. of HAMRICK & EVANS LLP, and Defendant BRETT WATSON, representing himself in proper person, hereby stipulate and agree to dismiss Defendant **BRETT WATSON** from the above-captioned case and further

1

stipulate and agree to the dismissal of all counter-claims raised by Defendant BRETT WATSON against Plaintiff LHF PRODUCTIONS, INC.

Respectfully submitted February 13, 2017

HAMRICK & EVANS LLP

_____
CHARLES C. RAINEY, ESQ.
Nevada Bar No. 10723
crainey@hamricklaw.com
7670 W. Lake Mead Blvd., Ste. 140
Las Vegas, Nevada 89128
+1.702.425.5100 (ph)
*Attorney for Plaintiff*

BRETT WATSON

_____
BRETT WATSON
*Defendant in proper person*

**ORDER**

Based on the parties' stipulation [ECF No. 19] and good cause appearing, IT IS HEREBY ORDERED that all claims against and by BRETT WATSON are DISMISSED, each party to bear its own fees and costs.

_____
Jennifer Dorsey
United States District Judge
2/14/17

2