# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| LHF PRODUCTIONS, | ) | Case No. 2:16-cv-01804-JAD-NJK |
| Plaintiff(s), | ) ) | ORDER |
| vs. | ) ) | (Docket No. 26) |
| PHILINA BUENAFE, et al., | ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court is Plaintiff's motion to extend the deadline to effectuate service, Docket No. 26, which is virtually identical to the generic motions to extend that Plaintiff's counsel filed in other cases. For the reasons stated in the previously issued order denying the motion to extend in *LHF Productions, Inc. v. Derrick Boughton*, C2ase No. 16-cv-1918-GMN-NJK, the motion to extend in this case, Docket No. 26, is also **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: March 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge