# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LHF PRODUCTIONS, INC., | Case No. 2:16-cv-01804-JAD-NJK |
| Plaintiff(s), | **ORDER** |
| vs. | |
| JAKE ANDERSON, et al., | |
| Defendant(s). | |

On April 27, 2017, the Court ordered Plaintiff to show cause why the Court should not (1) sever all defendants except the first defendant, (2) dismiss the remaining defendants without prejudice, and (3) quash any subpoenas for discovery to the extent they pertain to any defendants other than the first named defendant. Docket No. 29. Since the time that order to show cause was issued, all remaining defendants have been dismissed except for one, Philina Buenafe. *See* Docket Nos. 30, 31. Given the procedural posture of this case, the Court finds a response to the order to show cause to be unnecessary,[1] and it is hereby **DISCHARGED**.

IT IS SO ORDERED.

Dated: May 12, 2017

NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court herein expresses no opinion regarding the issues raised in the order to show cause.