AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

LHF Productions, Inc.

Plaintiff,

V.

Does, et al.,

Defendants.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-01804-JAD-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Default Judgment is entered in favor of Plaintiff LHF Productions, Inc. and against Defendant Philina Buenafe. Plaintiff is awarded $1,500 in statutory damages and $6,480 in reasonable attorney's fees and costs for a total of $7,980.

| October 24, 2017 | /s/ Debra K. Kempi |
|---|---|
| Date | Clerk |
| | /s/ S. Denson |
| | (By) Deputy Clerk |